JS-6

FILED
CLERK, U.S. DISTRICT COURT
12/6/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY J. ROACH, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>WESTCARE CALIFORNIA, INC.;<br><br>DEFENDANTS. | CASE NO. 2:17-cv-07750 MWF(PLAx)<br><br>**ORDER OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: October 24, 2017<br>Trial Date: None Set<br>Judge: Hon. Michael W. Fitzgerald |

The Court has considered Plaintiff Billy J. Roach's voluntary request for dismissal of entire action without prejudice. Good cause having been shown, IT IS HEREBY ORDERED that Plaintiff's request for dismissal without prejudice as to the entire action is GRANTED. Given that Plaintiff and his counsel are not aware of anyone who is relying on the pendency of this action to protect their interests, notice of this dismissal is not required to be provided to putative class members pursuant to Federal Rule of Civil Procedure 41(a)(2), for leave to dismiss the complaint and terminate action.

**IT IS SO ORDERED.**

DATED: December 6, 2017

_____
U.S. District Judge